UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MUNI MUMM ATELIER and DONNA MUMM,

Plaintiffs,

v.

TARGET STORES, INC., WAL-MART STORES, INC., and TWO'S COMPANY, INC.,

Defendants.

File No. 00-CV-1992 (PAM/JGL)

**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**

**STIPULATION**

The parties, by and through their undersigned counsel, hereby stipulate and agree that defendant Target Stores, Inc. may and shall have until Monday, September 25, 2000 to answer, move or otherwise plead in response to plaintiffs' Complaint in the above-captioned action.

SO AGREED.

Dated: September 8, 2000

FAEGRE & BENSON LLP

By: James R. Steffen
James R. Steffen (#204717)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Phone: 612-336-3000

ATTORNEYS FOR DEFENDANT TARGET STORES, INC.

FILED 9/14/00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 9/14, 2000

HEINS MILLS & OLSON, P.L.C.

By: ____________________

Samuel D. Heins (# 43576)
Karla M. Gluek (# 238399)
700 Northstar East
608 Second Avenues South
Minneapolis, MN 55402
Phone: (612) 338-4605

Joel D. Joseph
THE CUNEO LAW GROUP, P.C.
317 Massachusetts Avenue, N.E., Suite 300
Washinton, DC 20002
Phone: (202) 789-3960

ATTORNEYS FOR PLAINTIFFS

**ORDER**

IT IS SO ORDERED.

Dated: Sept. 14, 2000

BY THE COURT:

____________________
Jonathan G. Lebedoff
United States Magistrate Judge

M2:20335642.01