UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MUNI MUMM ATELIER and DONNA MUMM,<br><br>Plaintiffs,<br><br>v.<br><br>TARGET STORES, INC., WAL-MART STORES, INC., and TWO'S COMPANY, INC.,<br><br>Defendants. | FILE No. 00-CV-19?2 (PAM/JGL)<br><br>STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT |

STIPULATION

The parties, by and through their undersigned counsel, hereby stipulate and agree that defendant Two's Company, Inc., may and shall have until Friday, October 2?, 2000 to answer, move or otherwise plead in response to plaintiffs' Complaint in the above-captioned action.

SO AGREED.

Dated: September 20, 2000

LEVISOHN, LERNER, BERGER & LANGSAM
Peter L. Berger
Marilyn Neiman
*Seeking leave for admission Pro Hac Vice*
757 Third Avenue, Suite 2400
New York, NY 10017
Tel: (212) 486-7272

Dated: 9/25, 2000

OPPENHEIMER, WOLLF & DONNELLY

By: [signature]
Barbara Grahn
Plaza 7
45 South 7th Street
Minneapolis, MN 55402
Tel: (612) 607-7000

ATTORNEYS FOR DEFENDANT TWO'S COMPANY, INC.

FILED 9-27-00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: Sept. 25, 2000

HEINS MILLS & OLSON, P.L.C.

By: ______________________

Samuel D. Heins (# 43576)
Karla M. Gluek (# 238399)
700 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
Tel: (612) 338-4605

Joel D. Joseph
THE CUNEO LAW GROUP, P.C.
317 Massachusetts Avenue N.E.
Suite 300
Washington, DC 20002
Tel: (202) 789-3960

ATTORNEYS FOR PLAINTIFFS

**ORDER**

IT IS SO ORDERED.

Dated: Sept. 26, 2000

BY THE COURT

______________________

Jonathan G. Lebedoff
United States Magistrate Judge