UNITED STATES DISTRICT COURT DISTRICT OF MINNESOTA

MUNI MUMM ATELIER and DONNA MUMM,

Plaintiffs,

v.

TARGET STORES, INC., WAL-MART STORES, INC., and TWO'S COMPANY, INC.,

Defendants.

and

WAL-MART STORES, INC.,

Third-Party Plaintiff,

v.

MAKEBEST INDUSTRIES, LTD.,

Third-Party Defendant.

File No. 00-CV-1992 (PAI 1/JGL)

STIPULATION AI ID
ORDER OF DISM SSAL
AS TO TWO'S
COMPANY, INC.

Plaintiffs Muni Mumm Atelier and Donna Mumm ("Plaintiffs") and defendant ' 'wo's Company, Inc. ("Two's Company") stipulate as follows:

Whereas, no party to this litigation is an infant or incompetent;

Whereas, Plaintiffs and Two's Company have entered into a written settlement ıgreement (the "Settlement Agreement") and have reached a resolution of the claims asserted agaı ıst Two's



FILED FEB 09 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

Company in the above captioned action, and no cross-claims having been filed against Two's Company, Inc.,

Now, therefore, pursuant to Rule 41 of the Federal Rules of Civil Procedure,

This action is dismissed with prejudice against Two's Company, Inc., with plaintiffs and defendant Two's Company to each bear its own costs with respect to such dismissed claims.

Dated: January 30, 2001

LEVISOHN, LERNER, BERGER & LANGSAM

By: [signature]
Peter L. Berger
Marilyn Neiman
*Appearing Pro Hac Vice*
757 Third Avenue, Suite 2400
New York, NY 10017
(212) 486-7272

and

OPPENHEIMER, WOLLF & DONNELLY
Barbara Grahn, Esq.
Plaza 7
45 South 7th Street
Minneapolis, MN 55402
(612)607-7000
ATTORNEYS FOR DEFENDANT TWO'S COMPANY, INC.

HEINS MILLS & OLSON, PLC
Karla M. Gluek, Esq.
700 Northstar East
608 Second Avenue South
Minneapolis, MN 55402



LEVISOHN LERNER Fax:212-486-0323 Jan 30 '01 16:41 P.03

[Stipulation and Order-continued]

and

THE CUNEO LAW GROUP, PC

By: ______________________

Joel D. Joseph, Esq.
Appearing Pro Hac Vice
317 Massachusetts Avenue N.E.
Suite 300
Washington, DC 20002
ATTORNEYS FOR PLAINTIFFS

SO ORDERED:

______________________

U.S.D.J.

2/9/01

AMH: Y:\ARCHIVE\marilyn\wpdocs\Twork columni mumm\stipulation.wpd



LEVISOHN LERNER Fax:212-486-0323 Jan 30 '01 16:41 P.04