UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Muni Mumm Atelier and Donna Mumm,

Plaintiffs,

v.

Target Stores, Inc., Wal-Mart Stores, Inc., and Two's Company, Inc.,

Defendants.

Civil 00-1992 PAM/JGL

**ORDER OF DISMISSAL**

---

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: November 16 , 2001

PAUL A. MAGNUSON, JUDGE
United States District Court

NOV 16 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK